

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Estate of Carol Lynn Gray, Deceased

No. 06-22-00059-CV

Appeal from the County Court at Law of Lamar County, Texas (Tr. Ct. No. P-18329). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the joint motion of the parties to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that each party shall bear their own costs of the appeal.

RENDERED JANUARY 18, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk